# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Orlando Division

Tommy Lyle Carlton

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:21-cv-124-KKMPRL

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Corizon/Centurion Health Care Inc.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

2021 MAR -1 AM 11: 24

FILED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

INJUNCTIVE AND DECLARATORY RELIEF REQUESTED

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                    Tommy Lyle Carlton

All other names by which

you have been known:

ID Number                               X 74120

Current Institution                     Tomoka Correctional Institution

Address                                 3950 Tiger Bay Rd

Daytona Beach _____ FL ___ 32124

_City_                  _State_      _Zip Code_

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                                    Corizon/Centurion Health Care Inc.

Job or Title *(if known)*               Registered Agent : Frank Giannone

Shield Number                           3610 Quantum Blvd.

Employer                                Boynton Beach, FL 33426)

Address                                 1593 Spring Hill Rd. Suite #600

Vienna _____ VA ___ 22182

_City_                  _State_      _Zip Code_

☑ Individual capacity +  ☑ Official capacity

Defendant No. 2

Name                                    Y. Resilard MD.

Job or Title *(if known)*               Chief Health officer for Marion C.I.

Shield Number                           3269 NW 105th St    | P.O. Box 158

Employer                                Ocala, FL 34475      | Lowell, FL 32663-0158

Address                                 (PHYSICAL)            (MAILING)

_City_                  _State_      _Zip Code_

☑ Individual capacity +  ☑ Official capacity

Defendant No. 3

    Name             *Cesar Calderon MD.*

    Job or Title *(if known)*  *Chief Health Officer for Tomoka CI*

    Shield Number

    Employer        *Corizen / Centurion HealthCare INC.*

    Address         *3950 Tiger Bay Rd.*

                        *Daytona Beach*    *FL*    *32124*

                           *City*           *State*      *Zip Code*

            ☑ Individual capacity ☐ + ☑ Official capacity

Defendant No. 4

    Name             *W. Bala MD.*

    Job or Title *(if known)*  *Staff Doctor*

    Shield Number

    Employer        *Corizon/Centurion Health INC.*

    Address         *3950 Tiger Bay Rd*

                        *Daytona Beach*    *FL*    *32124*

                         *City*           *State*      *Zip Code*

            ☑ Individual capacity ☐ + ☑ Official capacity

Ⓐ *See Attached for Continued List.*

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*UNITED STATES CONSTITUTION, 8th Amendment Cruel and Unusual Punishment Clause, Deliberate Indifference to a serious medical need.*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All named def All named defendants failed to provide medical care as required by § 945.6041 and Chapter 33 Administrative Code and Florida Constitution.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

(See Attached explanation) error N/A

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Marion Correctional Institution, 1st ½ of 2015

C.      What date and approximate time did the events giving rise to your claim(s) occur?

1st 1/2 of 2015, time uncertain

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Space Insufficient, See Attached pages ~~pages~~ IV D. 5a —

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Space Insufficient, See Attached V 5

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Space Insufficient, See Attached VI 6

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Marion Correctional Institution

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

I filed claims on all aspects of my claim; However, my copy of these grievances came up missing after I was placed in the Box under False DRs.

If yes, which claim(s)?

None of my grievances were granted if I remember correctly and some were not even responded to at all. I believe the officers did not allow all of my grievances to go out and there is no procedure when they do not respond at all.

Dozens of grievances were filed!

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.     If you did file a grievance:

1. Where did you file the grievance?

Medical grievances skip the informal and go straight to formal and were deposited in the box designated or picked up in the box.

2. What did you claim in your grievance?

I cannot detail the contents of dozens of grievances that I no longer have.

3. What was the result, if any?

I believe they were all denied.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

After the institution level, all appeals go to Tallahassee. All were sent to Tallahassee, However, not all were responded to. There is no procedure when they do not respond because our only copies of the previous grievances must accompany it

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

The only time I did not file grievances was when threstened by staff such as the reason my feet got fractred.

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

The guards were the ones threatening me not to file a grievance nor tell what really Happened to fracture the bones in my foot.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

There is a great deal of interference from the staff with the grievance procedure.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          1/31/21

Signature of Plaintiff          _Tommy Lyle Carlton RN_

Printed Name of Plaintiff          _Tommy Lyle Carlton RN_

Prison Identification #          _X74120_

Prison Address          _3950 Tiger Bay Rd ( I C I W C )_

_Daytona Beach_                    _FL_          _32124_
City                    State          Zip Code

### B.    For Attorneys

Date of signing:          _____

Signature of Attorney          _____

Printed Name of Attorney          _____

Bar Number          _____

Name of Law Firm          _____

Address          _____

_____
City                    State          Zip Code

Telephone Number          _____

E-mail Address          _____

*See Attached*

institution. **Failure to provide this account statement may result in the dismissal of this** **action.** *This institution has refused to provide the 6 month printout with 2 separate requests. Attached is the last denial of request plus a copy from my mother, the only source of income I have of the last 6 months of her deposits on my account.*

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the **Affidavit Certificate** found on page 6 of this Affidavit of Indigency is also properly executed and filed.

## VIII.   ALL AFFIANTS MUST READ AND SIGN:

**I UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_____
Signature of Affiant

STATE OF FLORIDA
COUNTY OF __Volusia_____

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS __5th____
DAY OF __February_____, 20_21_, BY __Tommy Carlton_____
(Insert Name of Person Acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED __'_____
__DOC ID # X7420__, AS IDENTIFICATION AND WHO (DID) (DID NOT)
(State Type of Identification)

TAKE AN OATH.

Gail Irwin
Notary Public
State of Florida
Comm# HH060378
Expires 1/18/2025

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: __01-18-2025__

I. Parties to this Complaint (Continued)

B. (B) Defendant #5: M. Thompson PA
   Staff Physician's Assistant
   Corizon/Centurion Health Care Inc.
   3950 Tiger Bay Rd
   Daytona Beach, FL 32124

(A) Defendant #6: Jackie W. Westfall DO
   Chief Health Officer
   Corizon/Centurion HealthCare Inc.
   3950 Tiger Bay Rd.
   Daytona Beach, FL 32124

(A) Defendant #7: ~~W E~~ Wise, ? RN
   Staff Registered Nurse and
   Medical Administrator
   Corizon/Centurion Healthcare Inc.
   3950 Tiger Bay Rd
   Daytona Beach, FL 32124

✗ Defendant # 8: ALL Medical and Nursing Personnel
   Currently UNKNOWN, Directly and/or
   Indirectly involved in Plaintiffs' Treatment
   since injury (Names to be provided via discovery)

✗ ALL Defendants Sued in Individual and Official Capacities.

Page 1 of 1

## IV. Statement of Claim

**①.** (Stated Briefly as Instructed)

D. In 2015, I presented with multiple fractures in my ® foot. Standards of Care already established outside prison apply to inmates who are injured. I did not receive the standard of care required, being splinting for feet, pain control that is comensurate with the standard of care, ambulatory assist devices appropriate passes provided.

When I did receive care, It was inadequate in almost every way. Shifting my weight to my ⓛ foot caused the bones there to fracture. When I presented with symptoms of fx to ⓛ foot the nursing staff believed me to be faking and I was refused further care.

There were clear fractures in ® 3rd 4th + 5th Metatarsal bones of the feet as well as the 5th Metatarsal in the ⓛ foot. Casting was not applied because they did not have the materials nor the experienced nursing staff to apply it. When ½ casting was applied it was with substandard material. The procedure being directed by my self an experienced RN because they did not know how to do it.

Crutches were provided and taken away randomly. At one point I was told to make a choice of eating or using crutches. I chose to eat and damaged my feet further. Canes were ordered and taken away at random when crutches were still warranted.

Pain control was woefully inadequate with little to no follow-up to evaluate effectiveness. I was told to use Ibuprofen when it clearly lists as contraindicated in fractures as it inhibits bone synthesis.

I was sent to a Specialist in 6/15/15 who ordered Bone density testing, CT scan E F/U to consider surgery depending on results. These recommendations were not followed at all. In fact the nursing staff laughed at me

Page 1 of 3

When I said I expected to receive the care he ordered. After writing numerous grievances I was called into the Medical Administrator's Office where I was told they would give me orthopedic shoes instead. I received these and they helped, However, in 2017, February, I was transferred to Tomoka CI. Upon arrival, they said all my passes were invalid and took my shoes. I was told to go to medical the next day, being forced to walk on broken bones in what is known as "bobos" (minimal foot covering with Ø cushion)

RN Wise saw me. We were alone in the back room where we disagreed to the need for the shoes she personally took from me the day before. In November of 2016 was the last x-ray if I remember correctly and she said now in Feb that there was NØ way that my feet had not healed. I told her they hadn't healed on their own for almost 2 years and they still hurt greatly. She showed exceptional deliberate in difference to my suffering and when I continued to ask for care, she threatened me! Unless I capitulated to her 100%, she was going to go tell the guard I sexually assaulted her in that room. She told me they would beat me almost to death and I would receive outside changes as well as continued torture here in prison. So I capitulated and immediately informed the guard what she said. He told me to write a grievance which I did all the way to Tallahassee both of which were denied.

I continued to receive Next to NO treatment despite my numerous grievances and c/o of pain and difficulty walking all the while under continued threat.

Numerous x-rays were repeated and NO treatment was provided. I have lived in fear of torture and death from this woman this entire time and did not feel free enough to file this case until now because she no longer works here. During this time period she was even promoted to Administrator giving her more power over me and added threats.

IV. (Continued)

My condition is worsening and the last xrays continue to show multiple fractures now with degenerative changes which I fear will lead to myself being crippled if proper care is not provided.

Furthermore, I live in a hostile environment in which showing weakness leads to victimization. I have lived in fear of this "looking like a wounded gazelle at the back of a ~~herd~~ herd" all this time and it has been traumatic especially when the other inmates realized that I was and currently am incapable of defending myself.

I live in constant fear and have suffered due to the deliberate indifference ~~from~~ all medical and nursing personnel that chosen not to provide the standard of care with each c/o of pain and difficulty walking and each x-ray that continued to show multiple fractures in both feet.

In Summary:

My care since injury has never been based upon the standards of care already established outside these walls. I Have Been a RN since 1994 and know them well. I was and have been punished and tortured because of their need and habitual practice of abuse of authority and power and certainly deliberate indifference resulting in my body being incapable of healing itself. Now it shows degenerative changes and if nothing is done I will be crippled soon. It is my belief that I was targeted because I am openly masculine gay, and my religious preference.

# V. Injuries (Attached, Continued)

I presented with pain to both feet status post attack by other inmates. I was told that it would not be reported as an attack because the guards did not want the extra work. It was therefore labeled as spontaneous fractures while walking.

My foot should have been immediately splinted while waiting for the x-ray which only comes to the institution 1X per week. It was not. Nor was I given any pain control as is indicated.

I should have been able to use 2 crutches and I was issued both, however the officer in the dorm took one as he deemed the 2nd crutch as a security risk. This made me put much more weight on my (L) foot and while putting the added strain on that foot the 5th Metatarsal fractured.

They only x-rayed my (R) foot which showed 3rd, 4th & 5th Metatarsal fractures. My (R) foot should have been put into a full cast, but they did not have the supplies. Temporary ½ casts were applied, many of them because they were not done with the proper supplies as well as the nurses were inexperienced in making the ½ casts from the molded glass polymer material. Because my (L) foot was hurting and I made the nurses aware during the x-ray they should've x-rayed the (L) foot then, but this was not done until weeks later because they felt that I was trying to work them.

When I finally was sent to a specialist evaluation NONE of his recommendations were followed. Bone density testing should've been done, CT scan should've been done and a f/u for the specialist should have been done post CT scan for surgery eval.

Dr. Resilard told me they would never pay for this; therefore the recommendations were not followed. I was punished by having my crutches taken away and given back, taken away again, even one of the captains gave me 2 canes when medical refused to give me crutches.

page 1 of

Finally they ordered me orthopedic shoes which helped but on ±2/3/17 I was transfered to Toreka where my passes were immediately deemed invalid and my orthopedic shoes were taken from me by RN Wise and no fiscation slip was given.

I already detailed in the other attachments How I was threatened by false sexual assault charges, physical beatings and possible death by RN Wise. This made it impossible to file this suit while she was here and must be taken into consideration as to why it is being filed Now.

Since that time I only reported pain to my feet many times and multiple x-rays have been done all showing the fractures still present. No treatment of any kind was ordered, upon review of each x-ray.

They showed incredible deliberate indifference to my suffering with each evaluation of the multiple x-rays and are liable/responsible for each episode of lack of treatment related to their purposeful deliberate indifference.

Now the x-rays show degenerative changes and I have been waiting for another consult since before June 2020.

My feet are getting worse; the pain is increasing and my mobility is greatly reduced.

It should be noted that I am able to file this suit now because RN Wise who Had even been promoted to the Medical Administrator either quit or was fired.

I should also be treated for the psychological trauma incurred by the constant suffering in a hostile environment while not being able to defend my self.

Page 2/2

## VI. Relief

① Preliminary Injunction directing the defendants Corizon/Centurion Healthcare Inc. as outlined under the orthopedic eval already done by Maxwell Steel MD (orthopedic specialist) and perform the surgery to repair the fractures immediately before the degenerative changes make the damage irreparable.

② Order Corizon/Centurion HealthCare Inc. to provide post-op care equivalent with the standard of practice in the community progressively and proactively treating pain, providing wound care, assistance for activities of daily living (ADL's), physical therapy as well as follow-up with surgeon or specialist post operatively with mandate to follow his recommendations.

③ Be evaluated and treated for PTSD from the cause of the injury as well as the mental trauma from the constant torture of inadequate care as well as living powerless under threat of false accusations, outside charges, physical beatings and even death for years, not to mention being forced to live in a hostile environment unable to defend myself because of my injury.

④ Compensatory damages in the amount of $12,000,000 $\underline{\underline{00}}$ in order to adequately compensate for the constant pain and suffering, physical and psychological permanent damage incurred due to their deliberate indifference.

⑤ Order this to be scheduled for jury trial

⑥ Punitive damages (exemplary) in the amount of $4,000,000 $\underline{\underline{00}}$ in order to create an incentive against future violations.

⑦ Appointment of Counsel under section 28 USC §1915

Relief (Continued)

⑧ Order the Defendants to reimburse plaintiff for all court costs, fees and related expenses already incurred.

⑨ Order the Defendants to pay for any costs incurred during the prosecution of this case until its conclusion.

⑩ Because the abuse of power and authority in an effort to manipulate, torture and deter the plaintiff by the issuance and revokation of passes to the plaintiff, order the permanent issuance of the following passes:

   ⓐ Low bunk pass
   ⓑ No prolonged standing
   ⓒ soft shoe pass with authorization to choose by plaintiff a street shoe that mitigates the pain of everyday walking at least 2x per year
   ⓓ No lifting of greater than 10#s
   ⓔ May have assistance for moves or transportation of property.
   ⓕ Plaintiff may decline any work assignment or job that causes too much pain in his feet without repercussions
   ⓖ Plaintiff may receive glasses (myopic prescription) of plaintiffs choice from family

⑪ Order the reimbursement of the cost of shoes and glasses by defendants to the plaintiff.

⑫ Order that any future filing fees and/or court costs by plaintiff regarding medical or dental care/treatment be waived including the costs for copies as both medical and dental care and treatment have been used to manipulate, torture and deter plaintiff from access to the court system.

⑬ RN WISE be held accountable for her threats of false sexual accusations, physical harm and death to prevent me from pursuing my own healthcare treatments and court redress.



SOUTH EAST REGION
4400 14OTH AVE
CLEARWATER, FL 33760
(800) 940-0389

| | |
|---|---|
| Claim Number : | 33183015 |
| Date of Service : | 08/27/2020 *AUGUST 2020* |
| Patient Name : | **CARLTON. TOMMY** |

Client Order # .

MRN X74120
DOB : 07/21/1973    Gender    M
Room::

Ordering Provider:    JACKIE W WESTFALL. DO - (NPI: 1740248152)
Interpreting Physician:    JONATHAN H YU. DO - (NPI: 1366731531)
Report Date:    8/27/2020 3:34:01 PM

## *RADIOLOGY REPORT*

FOOT COMPLETE, MIN 3V, LEFT

Results: There is a nondisplaced proximal 5th metatarsal fracture with some osseous bridging. No additional fracture or dislocation. Normal bone mineralization

Joint spaces are unremarkable.

Thealignment is unremarkable.

Nosubcutaneous emphysema or radiodense foreign bodies.

Conclusion: Healing subacute/chronic nondisplaced proximal 5th metatarsal (Jones) fracture.

Electronically signed by JONATHAN YU, D.O. 8/27/2020 3:34:01 PM EDT.

FOOT COMPLETE, MIN 3V, RIGHT

Results: There are nondisplaced ununited transverse fractures of the proximal 3rd and 4th metatarsals are noted. Chronic 5th metatarsal fracture deformity is noted. No dislocation. normal bony mineralization.

Joint spaces are unremarkable.

The alignment is unremarkable.

Nosubcutaneous emphysema or radiodense foreign bodies.

*ENTERED IN COMPUTER*

Conclusion: Suspect chronic ununited proximal 3rd and 4th metatarsal fractures.

Electronically signed by JONATHAN YU, D.O. 8/27/2020 3:34:01 PM EDT.

M. Thompson, PA
8 - 31 - 2020
Tomoka CI

CONFIDENTIALITY NOTICE: This report (including any accompanying files or documents) is intended for the use of TridentCare or the intended recipient, and may contain information that is privileged or otherwise confidential. If you are not the intended recipient, or person responsible for delivering this report to the intend recipient, be advised that any review, dissemination, distribution, printing or copying of this report (including any accompanying files or documents) is strictly prohibited. If you received this report in error, please immediately notify the TridentCare Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date and destroy this report (including any accompanying files or documents).

*If you have questions regarding these results or would like to consult with a Rely Radiologist please call 972-468-3590*

# RADIOLOGY REPORT

THIS REPORT IS BASED SOLELY UPON THE RADIOGRAPHIC EXAMINATION.
CORRELATION WITH THE CLINICAL EXAMINATION IS ESSENTIAL.

**CONFIDENTIALITY NOTICE**: This facsimile (including any accompanying documents) is intended for the use of MobilexUSA or the use of the addressee(s) to which it is directed, and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) or person(s) authorized to deliver it to the named addressee(s). If you received this facsimile in error, please report the error by calling the MobilexUSA Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date. Once you have reported the error, someone from the Privacy Office will contact you within one business day. They may ask you to fax back the information you received so that the company can correct its records and prevent further miscommunication. Please keep the information in a secure place until you are contacted by the Privacy Office and complete the return of the information to that office. Once this is done, please destroy all copies of the mistakenly sent information, without forwarding it. Thank you for your cooperation.

Facility: TOMOKA CI - 21811
3950 TIGER BAY RD
DAYTONA BEACH, FL 32124-1098

DOS: 07/09/2019
Case: 30302101

Patient: CARLTON, TOMMY L
Number: X74120

DOB: 07/21/1973  Age: 45
Room: (ALL RESULTS)

Examination:

FOOT COMPLETE, MIN 3V, RIGHT

Results: No acute fracture or dislocation. The osseous structures appear intact. Joint spaces are preserved. Soft tissues are unremarkable.

Conclusion: No acute osseous abnormality. Old or healing 5th metatarsal base fracture.

Electronically signed by NICOLAUS J. KUEHN, M.D. 7/9/2019 10:46:44 AM EDT.

FOOT COMPLETE, MIN 3V, LEFT

Results: No acute fracture or dislocation. The osseous structures appear intact. Joint spaces are preserved. Soft tissues are unremarkable.

Conclusion: No acute osseous abnormality. Old or healing 5th metatarsal base fracture.

JULY 2020

Electronically signed by NICOLAUS J. KUEHN, M.D. 7/9/2019 10:46:44 AM EDT.

Radiologist:       Date: 07/09/2019       Time: 10:46am ET

C. Calderon, SMD
Tomoka C.I.
7-10-19
9:30

NICOLAUS KUEHN, MD/LE
RADIOLOGIST
Physician: CESAR CALDERON, MD

Please call 1-800-940-0389, option 2, with any questions regarding this report.

South East Region
13773 ICOT BLVD
CLEARWATER, FL 33760
800.940.0389

# TridentCare IMAGING℠

SOUTH EAST REGION
4400 140TH AVE
CLEARWATER, FL 33760
(800) 940-0389

**21811-TOMOKA CI**
3950 TIGER BAY RD
DAYTONA BEACH, FL 321241098

| | | | |
|---|---|---|---|
| **Claim Number :** | 32212807 | | |
| **Date of Service :** | 03/24/2020 | **MRN** | X74120 |
| **Patient Name :** | CARLTON, TOMMY | **DOB :** | 07/21/1973    **Gender :**   M |
| | | **Room::** | |

*March 24th 2020* (handwritten)

| | |
|---|---|
| **Ordering Provider:** | CESAR CALDERON, MD - (NPI: 1669630422) |
| **Interpreting Physician:** | MICHEAL B JOHNSON, DO - (NPI: 1205820842) |
| **Report Date:** | 3/24/2020 5:37:27 PM |

## *RADIOLOGY REPORT*

FOOT COMPLETE, MIN 3V, RIGHT
Comparison: 3/12/2020.

Results: There is incomplete healing of the 3rd and 4th metatarsal fractures. The 5th metatarsal fracture has healed. No new fractures.

Conclusion: Concern for nonunion of the 3rd and 4th metatarsal fractures.

Electronically signed by MICHAEL JOHNSON, D.O. 3/24/2020 5:37:27 PM EDT.

*ALERT* (watermark)

M. Thompson, PA
3-25-2020
Tomoka CI

CONFIDENTIALITY NOTICE: This report (including any accompanying files or documents) is intended for the use of TridentCare or the intended recipient, and may contain information that is privileged or otherwise confidential. If you are not the intended recipient, or person responsible for delivering this report to the intend recipient, be advised that any review, dissemination, distribution, printing or copying of this report (including any accompanying files or documents) is strictly prohibited. If you received this report in error, please immediately notify the TridentCare Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date and destroy this report (including any accompanying files or documents).

*If you have questions regarding these results or would like to consult with a Rely Radiologist please call 972-468-3590*


**TridentCare**
IMAGING℠

SOUTH EAST REGION
4400 140TH AVE
CLEARWATER, FL 33760
(800) 940-0389

**21811-TOMOKA CI**
3950 TIGER BAY RD
DAYTONA BEACH, FL 321241098

| | | | |
|---|---|---|---|
| Claim Number : | 32153975 | Client Order # | . |
| Date of Service : | 03/12/2020  *MARCH 12ᵗʰ 2020* | MRN | X74120 |
| Patient Name : | **CARLTON, TOMMY** | DOB : | 07/21/1973   Gender : M |
| | | Room:: | |

| | |
|---|---|
| Ordering Provider: | CESAR CALDERON, MD - (NPI: 1669630422) |
| Interpreting Physician: | NICOLAUS J. KUEHN, MD - (NPI: 1518946649) |
| Report Date: | 3/12/2020 3:12:49 PM |

## RADIOLOGY REPORT

FOOT COMPLETE, MIN 3V, RIGHT
Comparison: 7/9/2019

Results: No acute fracture or dislocation. The osseous structures appear intact.
Joint spaces are narrowed. Soft tissues are unremarkable.

Conclusion: No acute osseous abnormality. Degenerative changes. Healing 3rd/4th metatarsal fractures.

Electronically signed by NICOLAUS J. KUEHN, M.D. 3/12/2020 3:12:49 PM EDT.

FOOT COMPLETE, MIN 3V, LEFT
Comparison: 7/9/2019

Results: No acute fracture or dislocation. The osseous structures appear intact.
Joint spaces are narrowed. Soft tissues are unremarkable.

Conclusion: No acute osseous abnormality. Degenerative changes. Healing 5th metatarsal shaft fracture.

Electronically signed by NICOLAUS J. KUEHN, M.D. 3/12/2020 3:12:49 PM EDT.

*Note: Since the 2ⁿᵈ x-ray I Had, the x-rays Have ALWAYS said "Healing fractures, yet they have NOT Healed in all this time.*

*W. Bala, MD*
*Tomoka CI*
*5/5/20*

CONFIDENTIALITY NOTICE: This report (including any accompanying files or documents) is intended for the use of TridentCare or the intended recipient, and may contain information that is privileged or otherwise confidential. If you are not the intended recipient, or person responsible for delivering this report to the intend recipient, be advised that any review, dissemination, distribution, printing or copying of this report (including any accompanying files or documents) is strictly prohibited. If you received this report in error, please immediately notify the TridentCare Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date and destroy this report (including any accompanying files or documents).

*If you have questions regarding these results or would like to consult with a Rely Radiologist please call 972-468-3590*

Page 1 of 1

# CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

**Additional History:**

4 yco ♂ c̄ hx c̄ spontaneous fracture (R) foot 3rd, 4th, 5th MTT's; Was treated for ? metatarsus adductus as a child

**Findings:**

mild edema; has skewfoot / metatarsus adductus deformities in both feet

Xys — 3, 4, 5th prox ⅓ fractures (R) feet hypertrophic non union 3rd MTT

**Recommendations:** - <mark>Bone density testing</mark> ; ? hypocondisa hypothyroidism

<mark>Splint</mark>

<mark>CT scan</mark>

<mark>f/u p̄ CT scan</mark>

<mark>May need surgery depending on CT scan results</mark>

MAXWELL W. STEEL, III, M.D.
ORTHOPEDIC SURGEON
RMC

**Consultant Signature/Stamp:** _____  **Date:** 6/15/15

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

**Inmate Name** Carlton Tommy    USE ADDITIONAL SHEET(S) AS NECESSARY

**DC#** X74120    **Race/Sex** W/M

**Date of Birth** 7-21-73    DR. Y. RESILARD

**Institution** Marion CI    CHIEF HEALTH OFFICER    (N)    Marion

**EOS DATE:** 4-2-30    MARION CI    6/17/15

DC4-702 (Revised 8/8/13) Page 2 of 2

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CONSULTATION REQUEST/CONSULTANT'S REPORT**

| Type of Service: ① PHU | FROM Institution: Marion, Fl | DATE OF REQUEST: 6/3/15 |
|---|---|---|

| Reason(s) for consultation: | Acuity of consultation: | DATE APPOINTMENT MADE: |
|---|---|---|
| Evaluate and recommend diagnostic plan ✓ | Emergency _____ | 6-9-15 |
| Evaluate and recommend treatment plan _____ | Urgent _____ | Staff Signature: |
| Other (specify): _____ | Routine ✓ | J. Breitenfeld |
| | | APPOINTMENT DATE: |

| Visit Type - Initial ☑ Follow-up ☐ | 6-15-15 |
|---|---|
| Follow-up consults require justification | |

Condition is (check one): ☐ Acute Trauma   ☑ Acute Illness   ☐ Chronic

History of present illness (include onset, presentation, progress, therapy):

42 y/o w/m inmate who about last than January while walking to food service heard a snapping sound

Physical findings:

from the right foot with pain with weight bearing, walking. X-ray right foot (1/16/15) showed fracture near the base of the

Diagnostic findings (explain laboratory, x-ray, or other test findings):

third metatarsal which appears to be incompletely healed. Patient apparently suffered new injury to right foot while walking. X-ray

Other pertinent information:

(5/29/15) showed acute or subacute minimally displaced midshaft

Provisional diagnosis: fracture of the fifth metatarsal. Please evaluate

Multiple fractures Right foot

Health Care Provider Signature/Stamp: _____ DR. Y. RESILARD
CHIEF HEALTH OFFICER
MARION CI

CHO/Designee Approval Signature/Stamp: _____

## AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require **Orthopedic Consult** which cannot be accomplished at **Marion CI** .

I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: Tommy Lyle Carlton    Date: 06/3/15

Signature of Witness: J. Breitenfeld    Date: 6-3-15

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY SCHEDULING INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name **Carlton Tommy**
DC# X74120    Race/Sex w/m    **MARION CI**    6-4-15
Date of Birth 7-21-73    JB
EOS DATE: 4-2-30

DC4-702 (Revised 8/8/13) Page 1 of 2

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

Tommy Lyle Carltstad PER XII74HAB MAHQL
Tomoka Correctional Institution Workcamp
3950 Tiger Bay Rd
Daytona Beach, FL 32124

FAILURE TO COMMUNICATION
FOR MAILING BY

2-24-21

*Legal*
*Mail*

SCREENED
BY USMS

Clerks Office
United States District Court
Golden-Collum Memorial Federal Building
and U.S. Courthouse
207 N.W. 2nd Street, Room 337
Ocala, FL 34475-6666