IN THE CIRCUIT COURT OF THE _MIDDLE DISTRICT_ JUDICIAL CIRCUIT,
IN AND FOR _VOLUSIA_ COUNTY, FLORIDA

Case No.: _5:21- cv- 124 - KKM - PRL_

Division: _ORLANDO DIVISION_

_Tommy Lyle Carlton RN,_
                    Petitioner,

and

_RN, WISE_ ,
                    Respondent.

FILED

2021 MAY -7 PM 2:30

MIDDLE DISTRICT COURT
DISTRICT OF FLORIDA
ORLANDO, FLORIDA

## CERTIFICATE OF SERVICE

I certify that a copy of {name of document(s)}
_§1983 Civil suit for serious medical need_

was [ √ **one** only] (√ mailed ( ) faxed and mailed ( ) hand delivered to the person listed below
on {date} _4/15/21_ . _certified   7020 3160 0001 1059 1337_
_mail) =   on 4/19/21_
_Delivery_

**Other party or his/her attorney:**
Name: _____
Address: _____
City, State, Zip: _____
Fax Number: _____

_(signature)_ RN x 74120
Signature of Party

Printed                                Name:
_Tommy Lyle Carlton RN_
Address: _c/o Tomoka Work Camp_
_3950 Tiger Bay Rd_

City,                     State,              Zip:
_Daytona Beach, FL  32124_
Telephone                              Number:

Fax                                    Number:

Case 6:21-cv-00657-PGB-LHP   Document 7   Filed 05/07/21   Page 2 of 4 PageID 47

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70203160000110541337  wise

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 12:52 pm on April 19, 2021 in DAYTONA BEACH, FL 32124.

✅ **Delivered, Front Desk/Reception/Mail Room**

April 19, 2021 at 12:52 pm
DAYTONA BEACH, FL 32124

Feedback

**Get Updates** ⌄

---

Text & Email Updates                                             ⌄

---

Tracking History                                                 ⌄

---

Product Information                                              ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. *Sut 4/16/21*

1. Article Addressed to:

RN WISE
Ste ff Registered Nurse and
Administrator
3950 Tiger Bay Rd
Daytona Beach, FL 32124

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 4333 8190 5681 34

2. Article Number *(Transfer from service label)*

7020 3160 0001 1054 1337

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Covid-19* ☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

*Adams* | 4.12.21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt

USPS TRACKING #

9590 9402 4333 8190 5681 34

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Tommy Lyle Carlton RN X074120
M210L
Tomoke Work Camp
3950 Tiger Bay Rd
Daytona Beach, FL 32124