UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TOMMY LYLE CARLTON,

    Plaintiff,

v.                                              Case No. 6:21-cv-657-GKS-LRH

FNU WISE,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's motion for extension of time to amend the complaint. (Doc. 24).

On August 30, 2021, the Court dismissed all defendants and claims except the individual capacity deliberate indifference claim against Defendant Wise and permitted Plaintiff thirty days to amend his complaint to remedy the identified deficiencies. (Doc. 17). The Court previously granted Plaintiff a thirty-day extension. (Doc. 20). Plaintiff again requests a ninety-day extension of time to amend, again citing his prior transferal to another institution and the loss of his property and legal paperwork when he was placed in confinement. He also describes difficulty obtaining access to and copies of his medical record in the time since the last extension was granted.

Upon consideration, it is **ORDERED** that the motion (Doc. 24) is **GRANTED** to the extent that Plaintiff's deadline to file an amended complaint is extended **SIXTY DAYS** from the date of this order. **Further extensions are unlikely absent the demonstration of extraordinary circumstances**.

**DONE** and **ORDERED** in Orlando, Florida on November 9, 2021.

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Unrepresented Party